

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00699-CR

Jerimiah **BAREFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6188A
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 25, 2015.

_____
Jason Pulliam, Justice